IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MARVIN REEVES, JR.
ADC #119838                                                                                          PLAINTIFF

V.                                              2:08CV00047 SWW/JTR

GREENE, RN Administrator,
East Arkansas Regional Unit, et al.                                                    DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion for Voluntary Dismissal (docket entry #4) is GRANTED, and this case is DISMISSED, WITHOUT PREJUDICE.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Order and the accompanying Judgment would not be taken in good faith.

3. Plaintiff's Application to Proceed *In Forma Pauperis* (docket entry #1) and his Motion for Appointment of Counsel (docket entry #3) are DENIED, AS MOOT.

Dated this 29th day of April, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE